UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-346-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ROYCE MILTON REED, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 19, 2007. The United States was represented by AUSA Lawrence Lincoln and the defendant by Robert Goldsmith. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 2, 2007 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 12 months and 1 day custody, 3 years supervised release. (Dkt. 30.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program and testing, abstain from alcohol, submit to search, participate in a mental health program, provide access to financial information, and not

associate with any known gang members.

In an application dated December 12, 2007 (Dkt. 32), U.S. Probation Officer Joe Mendez alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or about October 10, 23, and 30, 2007 in violation of standard condition #7.

2. Failing to participate in drug treatment at All About Choices as directed by the probation officer on September 21, 2007, in violation of a special condition of supervision.

3. Failing to submit a written report to the U.S. Probation Office within the first five days of October and November 2007, in violation of standard condition #2.

4. Failing to submit to drug testing on September 4, 2007, October 9, 15, 22, 2007, and November 5, 27, 2007, in violation of special condition #1.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation 2 and, as to alleged violation 3, admitted that he failed to submit a written report for November 2007, and waived any evidentiary hearing as to whether those violations occurred. Defendant denied the remainder of the alleged violations and requested an evidentiary hearing before a Magistrate Judge. (Dkt. 33.)

I therefore recommend the Court find defendant violated his supervised release as set forth in the preceding paragraph, and that the Court conduct a hearing limited to the issue of disposition on those admissions. The remaining allegations are set for an evidentiary hearing on Wednesday, December 26, 2007.

/ / /

/ / /

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 19th day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:   District Judge:         Honorable John C. Coughenour
      AUSA:                   Lawrence Lincoln
      Defendant's attorney:   Robert Goldsmith
      Probation officer:      Joe Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3