UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-346-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SECOND** |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ROYCE MILTON REED, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

This Second Summary Report supplements the report issued by Judge Theiler on December 19, 2007.

At his initial hearing on supervised release revocation on December 19, 2007, defendant admitted certain of the alleged violations, and denied others. The court set an evidentiary hearing on the charges in dispute for December 26, 2007.

At that hearing, the United States was represented by AUSA Ron Friedman and the defendant by Robert Goldsmith. The proceedings were digitally recorded.

In addition to defendant's admissions at the December 19, hearing, defendant further admitted:

**SECOND** SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -1

- that he used methamphetamine on or about October 10, 23 and 30 of 2007; and

- that he failed to submit to drug testing on September 4, October 9, 15, 22, and November 5 and 27, 2007.

Together, these admissions resolved all but one of the violations originally charged. The United States withdrew its allegation as to the sole remaining charge: that defendant failed to submit a monthly report for October, 2007.

I therefore recommend the Court find defendant violated his supervised release in all respects alleged except the one withdrawn by the United States, and that the Court conduct a disposition hearing. That hearing has been set before the Hon. John C. Coughenour on January 11, 2008 at 9:45 a.m.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 26th day of December, 2007.

John L. Weinberg
United States Magistrate Judge

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Ron Friedman
     Defendant's attorney:   Robert Goldsmith
     Probation officer:      Joe Mendez

**SECOND** SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -2