UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROYCE M. REED, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR06-346-JCC <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 10, 2009. A warrant for defendant's arrest was issued but defendant appeared after self-surrendering. The United States was represented by Mark Bartlett, and defendant was represented by Robert Goldsmith. Also present was U.S. Probation Officer Jennifer Van Flandern. The proceedings were digitally recorded.

SENTENCE AND PRIOR VIOLATIONS

On March 2, 2007, the Court sentenced defendant to 12 months and one day of imprisonment and three years of supervision following defendant's plea to being a felon in possession of a firearm. Defendant's term of supervision began on July 11, 2007.

On September 19, 2007, the probation department submitted a non-compliance report

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

indicating defendant had used methamphetamine. The Court concurred with the probation department's recommendation that no action be taken and defendant was referred to All About Choices for drug treatment. On January 11, 2008, the Court found defendant violated his conditions of supervision by using methamphetamine, failing to participate in drug treatment and failing to submit to drug testing. The Court ordered continued supervision with a special condition that defendant be subject to home confinement for 60 days.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF VIOLATIONS 1-3

In a petition dated December 11, 2008, Supervising U.S. Probation Officer Joe Mendez alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine on or about August 11, 2008 in violation of standard condition number seven.

2. Using methamphetamine on or about September 15, 2008 in violation of standard condition number seven.

3. Using methamphetamine on or about November 17, 2008 in violation of standard condition number seven.

4. Failing to participate in drug treatment at All About Choices as directed by the probation officer on December 27, 2007, in violation of special conditions of supervision.

Defendant **denied** violations 1, 2, and 3 and an evidentiary hearing has been scheduled for February 18, 2009.

Defendant **admitted** violation 4 with the modification that he had failed to complete (rather than participate) treatment as alleged in violation 4. Defendant was advised of his rights he waived any hearing as to whether the violations occurred.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

| | |
|---|---|
| 1 | At the request of the probation department, government and defense, defendant was released |
| 2 | subject to all previous conditions of supervision ordered by the Court and on condition that he |
| 3 | appear at his evidentiary hearing on February 18, 2009. |

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated condition 4 of his supervised release -- that he failed to complete drug treatment as directed. Following the conclusion of the evidentiary hearing set for February 18, 2009, I recommend the Court conduct a disposition hearing.

DATED this 10th day of February, 2009.

_/s/ BAT_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -3